UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN T. BELIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIGHT, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03173-PCP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On December 20, 2023, United States Magistrate Judge Kandis Westmore dismissed Mr. Belin's original complaint because it failed to state a cognizable claim for relief. Dkt. No. 10. Magistrate Judge Westmore granted leave to amend. *See id*. The Court informed Mr. Belin that "[f]ailure to amend within the specified time period *will* result in the claim that is dismissed here with leave to amend to be dismissed with prejudice." *Id*. at 3 (emphasis added).

The amended complaint was originally due January 17, 2024. *See id*. Mr. Belin sought three extensions of time to amend, and filed each request after the previous deadline had expired. *See* Dkt. Nos. 11, 15, 17. In granting Mr. Belin's third extension request, Magistrate Judge Westmore cautioned Mr. Belin that "[t]he Court [would] grant no further extensions of time," and that if he failed to file an amended complaint by November 29, 2024, this action would be referred to a district judge for dismissal. Dkt. No. 19.

Mr. Belin has sent no documents to the Court since Magistrate Judge Westmore issued the third and final extension order. *See generally* Dkt. After Mr. Belin failed to file an amended complaint by the established deadline, the action was reassigned to the undersigned.

Because Mr. Belin failed to amend despite several opportunities and a warning of the consequences, this action is **DISMISSED** with prejudice. *See Harris v. Mangum*, 863 F.3d 1133,

1141–42 (9th Cir. 2017) (recognizing propriety of dismissing action where plaintiff failed to amend).

If Mr. Belin believes he can state a cognizable claim, he may move to reopen this action. *See* Fed. R. Civ. P. 59, 60.

**IT IS SO ORDERED.**

Dated: April 28, 2025

P. Casey Pitts
United States District Judge